# EXHIBIT A

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 38877096



USCIS Registration No. A075775334

Personal description of holder as of date of naturalization:

Date of birth: '62
Sex: MALE
Height: 5 feet 9 inches
Marital status: DIVORCED
Country of former nationality: JORDAN

(Complete and true signature of holder)

I certify that the description given is true, and that the photograph affixed hereto is a likeness of the holder.

at: DETROIT, MICHIGAN

Secretary of Homeland Security

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

The Secretary having found that:

MAZEN SHWEIKA

residing at: SOUTHGATE, MICHIGAN

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

at: US DISTRICT COURT EASTERN REGION SD
DETROIT, MICHIGAN

on: MAY 18, 2017

such person is admitted as a citizen of the United States of America.

U.S. Citizenship and Immigration Services



DEPARTMENT OF HOMELAND SECURITY

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

BUREAU OF ENGRAVING AND PRINTING

FORM N-550 (REV. 10/12)

- 1 -

