# EXHIBIT B

**Hashemite Kingdom of Jordan**
Ministry Of Interior
Civil Status & Passport Dept.

## CERTIFICATE OF MARRIAGE

OFFICE :MARKA                                GOVERNORATE :AMMAN

**HUSBAND INFORMATION**
FULL NAME            :MAZEN MOHAMMAD I. SHWEIKA          NATIONAL NO. 9621002000
RELIGION             :ISLAM                              NATIONALITY :JORDANIAN
CIVIL REGISTOR NO    :AMMAN 012/167

**WIFE INFORMATION**
FULL NAME            :NUHA HUSNI MOHAMMAD ALGHBAISH      NATIONAL NO. 9802013225
RELIGION             :ISLAM                              NATIONALITY :JORDANIAN
CIVIL REGISTOR NO    :MARKA 119/157

PLACE OF CONTRACT    : AMMAN
DATE OF MARRIAGE     : 03/08/2017    *** THIRD OF AUGUST TWO THOUSAND SEVENTEEN ***
REGISTRATION OFFICE  :MARKA REGISTRATION NO. 1779 / 50   DATE OF REGISTER: 09/08/2017

DATE OF ISSUE
09/08/2017                                   Receipt No. One JD (431366)

AUTHORITY
FAISAL ALQAISI

D 4922234

The Hashemite Kingdom of Jordan
Supreme Judge Department
Amman Sharia Court / Documentations

*Fixed Copy*

In the name of Allah, most Gracious, most Merciful,

{ And among His signs is this, that He created for you mates from among yourselves, that ye may dwell in tranquility with them, and He has put love and mercy between your (hearts), verily in that are signs for those who reflect }

## Marriage Contract

Contract No : 2060248
Date of Contract: 10/11/1438
Corresponding to: 03/08/2017 A.D

| | Name | Father | Grandfather | Family Name | Mother's Name | Place & Date of Birth | Place of Residence | Nationality | Religion | Marital Status | Occupation | National No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Husband | MAZEN | MOHAMED | MOHAMMAD | SHWEIKA | SHAFIQA | Jordan 1962 | USA | American | Islam | Divorce | Physician | |
| Wife | NUHA | HUSNI | | ALGHABAISH | HIND | Libya 1980 | Amman | Jordanian | Islam | Single | Accountant | 9802013... |

1. Documents verifying age & absence of impediments to the marriage:
2. The Ministry of Interior letter no. 10/3/contract/128542/196234, intimation of judgment no: DO-28136-00, no impediments deed for the husband no: 20170730190, husband's passport no: P 559921924, wife's family book no. E 966556, medical examination for the couple no: 0, wife's ID card no: CMP 64582.
3. Dowry — Advanced: Five thousand Jordanian dinars only.
   Deferred: Ten thousand Jordanian dinars, When legally due.
4. Dowry Payment: The wife's guardian aknowledged that he received the advanced dowry.
5. The Contract Parties: The husband himself and the wife's guardian.
6. The Conditions: None.
7. Witnesses/Legally Competent & Address: Mohamed Nimer Mohammed Yaghi / 9571017130
   Ramadan Mohammed Nabil Fathi Ahmed Amin / 9831029803
8. Guardian's Approval or Court Permission: The Guardian's Approval.
9. The Contract Form: The wife's guardian (her brother) addressed to the husband (**MAZEN MOHAMED SHWEIKA**) by saying: "I give you client, my sister (**NUHA HUSNI ALGHABAISH**) in marriage according to the above dowries, in conformity with Holy Qur'an & Sunnah of the Prophet Mohammad "Peace and blessings be upon him" The husband replied immediately by saying: I accept this marriage for myself upon that.

I, Ashraf Yousef Omari, have conducted this contract according to the above-mentioned details, after having ascertained of the completion of the conditions and that there are no impediments.

| Witness (Signed) | Husband or his representative (Signed) | Wife or her representative (Signed) | Legal Guardian (Signed) | Marriage official (Signed) | Judge Ratification (Signed & Sealed) |

Witness (Signed)

- Amman Sharia Court, Documentations, Supreme Judge Department

*Certified True Translation*
Signature: ___
AGA TQ

Fatima Abu Ghazaleh Translation
Tel: 5656052

-4-

# المحكمة الابتدائية الشرعية
## محكمة عمان الشرعية
### عقد زواج

رقم العقد: 2060248
تاريخ العقد: 1438/11/10 هجري 2017/08/03 ميلادي

| الرقم الوطني | المهنة | الحالة الاجتماعية | الديانة | الجنسية | مكان الإقامة | مكان الولادة وتاريخها | اسم الأم | العائلة | الأب | الاسم | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | طبيبة | أعزب | مسلم | أمريكية | أمريكا | 1962 | شقيقة | الشوكي | محمد | مارن | الزوج |
| 9802013225 | محاسبة | عزباء | مسلمة | أردنية | عمان | 1980/ | هند | الجيش | حسني | نجوى | الزوجة |

جرار السفر 201707301930، حجة خلو موانع الزواج رقم DO-28136-00، اعلام حكم رقم 196234/128542/3/10 مهر الزوجة، 0 مهر الزوجة رقم CMP 64582 مكتب من وزارة الداخلية رقم E966556
مهر الزوجة رقم P 559921924

المعجل: خمسة الآف دينار أردني فقط
المؤجل: عشرة الآف دينار اردني للطلاق الشرعي

الشروط: لا شروط
كيفية دفع المهر: الزوج يعترف بقبض المهر المعجل
المباشرون للعقد: الزوج بنفسه و وكيل الزوجة

موافقة الولي: قال وكيل الزوجة شقيقي مخلدا الروح شقيق فورا: وانا قبلت زواج مارن محمد الشوكي للمكور زوجة شرعية على ذلك وعلى كتاب الله وسنة رسوله محمد صلى الله عليه وسلم

صيغة العقد: فقال الزوج: محمد نمر محمد باقي بموافقتي شقيقي مخلدا الروح شقيقا مخلان لي : انا ايثر يوسف عيد الرحمن العمري ماذون عقود الزواج في محكمة عمان الشرعية الثرقية قد اجريت هذا العقد على الوجه المفصل اعلاء بعد يد التحقق من استكمال الشروط و عدم الموانع الشرعية

| الشاهد | الزوج | الزوجة | الولي حسني الجيش | الماذون الشرعي |
|---|---|---|---|---|
| رمضان محمد نبيل احمد امين | مارن محمد الشوكي | نجوى حسني الجيش | الولي حسني الجيش | اشرف يوسف العمري |

ورد الحالة الاجتماعية الزوج 2 (اعزب) وردا كما والصواب (اعزب)
الشاهد
محمد نمر باقي       رمضان محمد نبيل احمد    مارن محمد الشوكي    نجوى حسني الجيش    ايهاب حسني الجيش    اشرف يوسف العمري
                     امين

ان : اشرف يوسف عبدالرحمن العمري ماذون عقود الزواج في محكمة عمان الشرعية الشرقية قد اجريت هذا العقد على الوجه المفصل اعلاه وبعد التحقق من استكمال الشروط وعدم الموانع الشرعية

صيغة العقد: قال وكيل الزوجة شقيقها مخلدا: الزوج اقول الزوجة بنفسي وكيل الزوجة شقيقي مخلدا الروح: وكل خطيبة الروح فورا : وانا قبلت زواجها زوجة مني شرعية على ذلك وعلى كتاب الله وسنة رسوله محمد صلى الله عليه وسلم

9831029803           9571017130
رمضان محمد نبيل احمد امين

