# EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | August 18, 2017 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC1790673392 | August 17, 2017 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| August 17, 2017 | 201 B INA SPOUSE OF USC | 1962 |

MAZEN M. SHWEIKA
13851 GREENWICH LN APT 107
SOUTHGATE, MI 48195

5   00001500

PAYMENT INFORMATION:

Application/Petition Fee:   $535.00
Biometrics Fee:   $0.00
Total Amount Received:   $535.00
Total Balance Due:   $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| ALGHBAISH, NUHA | /1980 | LIBYA | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

USCIS Office Address:
USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

USCIS Customer Service Number:
(800)375-5283
APPLICANT COPY



- 7 -

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 07/11/14 Y

CJ

**From:** Mazen Shweika <misha62@live.com>
**Sent:** Thursday, November 28, 2019 4:43 PM
**To:** CJ
**Subject:** Fw: USCIS Acceptance Confirmation

---

From: Do_Not_Reply_Lockbox@dhs.gov <Do_Not_Reply_Lockbox@dhs.gov>
Sent: Monday, August 21, 2017 5:45 PM
To: MISHA62@LIVE.COM
Subject: USCIS Acceptance Confirmation

Your case has been accepted and routed to the USCIS Texas Service Center for processing. Within 7-10 days by standard mail you will receive your official Receipt Notice (Form I-797) with your Receipt Number SRC1790673392. With the official Receipt Notice (Form I-797) you may visit www.uscis.gov where you can check the status of your case using My Case Status. We suggest you wait until you have received your Form I-797 before checking My Case Status.

This confirmation provides notification of the date USCIS received your case. This notice does NOT grant any immigration status or benefit. You MAY NOT present this notice as evidence that you have been granted any immigration status or benefit. Further, this notice does NOT constitute evidence that your case remains pending with USCIS. The current status of your case must be verified with USCIS.

PLEASE DO NOT REPLY TO THIS MESSAGE