# EXHIBIT E

U.S. Department of Homeland Security
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS, VT 05479



**U.S. Citizenship and Immigration Services**

Monday, June 11, 2018

MAZEN SHWEIKA
13851 GREENWICH LN APT 107
SOUTHGATE MI 48195

Dear Mazen Shweika:

On 06/08/2018, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I130 |
| **Filing date:** | 08/17/2017 |
| **Receipt #:** | SRC-17-906-73392 |
| **Referral ID:** | T1D1591804240VSC |
| **Beneficiary (if you filed for someone else):** | ALGHBAISH, Nuha |
| **Your USCIS Account Number (A-number):** | A075775334 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Recently, you contacted U.S. Citizenship and Immigration Services (USCIS) about your Form I-130, Petition For Alien Relative, because you believe your case is outside normal processing times.

Your case is currently delayed because the required security checks are still pending. We cannot make a decision on your case until we receive the results of these security checks.

In the meantime, we have tools to help you at www.uscis.gov/tools and my.uscis.gov, including:

Sign up for automatic case updates in myUSCIS: my.uscis.gov/account

Ask our virtual assistant Emma: www.uscis.gov/emma

Check your case status: www.uscis.gov/casestatus

Check processing times: www.uscis.gov/processingtimes

Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

If you try our online tools and still need help, please call USCIS customer service at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).