# EXHIBIT H

CJ

| | |
|---|---|
| From: | Mazen Shweika <misha62@live.com> |
| Sent: | Thursday, November 28, 2019 4:50 PM |
| To: | CJ |
| Subject: | Fw: Your I-130 Petition (Intranet Quorum IMA00432814) |
| Attachments: | Mazen Shweika response.pdf; IQFormatFile.txt |

**From:** Office of Senator Stabenow (imailagent) <services@stabenow.senate.gov>
**Sent:** Tuesday, April 9, 2019 11:08 AM
**To:** misha62@live.com <misha62@live.com>
**Subject:** Your I-130 Petition (Intranet Quorum IMA00432814)

Dear Mazen,
I am writing to follow up on your inquiry about your I-130 application.
I am enclosing information that addresses this issue.
I hope this information is helpful. Please do not hesitate to contact Ana Wolken at my Mid-Michigan Office at 517-203-1760 if you have additional questions or concerns.
Sincerely,

Debbie Stabenow
United States Senator

U.S. Senator Debbie Stabenow
The United States Senate •Washington, DC 20510
stabenow.senate.gov

Good afternoon Ana,

Thank you for sending our office your inquiry on behalf of your constituent, Mazen Shweika, in regards to Petition for Alien Relative (Form I-130), Receipt Number SRC1790673392.

After a review of our systems, it appears that your constituent's case is currently pending background checks. Unfortunately, USCIS is not able to determine when this review process will be completed.

We realize that your constituent may feel frustrated by delays related to his or her case. USCIS must weigh individual inconvenience against the broader concerns of public safety and national security.

You may wish to follow up with our office periodically on the status of the case.

We hope this information is helpful to you. If you need further assistance, please contact the Vermont Service Center Congressional Unit.

Thank you

Congressional
Vermont Service Center
U.S. Citizenship and Immigration Services