# EXHIBIT I

CJ

| | |
|---|---|
| **From:** | Mazen Shweika <misha62@live.com> |
| **Sent:** | Thursday, November 28, 2019 4:52 PM |
| **To:** | CJ |
| **Subject:** | Fw: Your I-130 Application (Intranet Quorum IMA00432814) |
| **Attachments:** | Mazen Shweika response 7.16.19.pdf; IQFormatFile.txt |

**From:** Office of Senator Stabenow (imailagent) <services@stabenow.senate.gov>
**Sent:** Tuesday, July 16, 2019 3:08 PM
**To:** misha62@live.com <misha62@live.com>
**Subject:** Your I-130 Application (Intranet Quorum IMA00432814)

Dear Mazen,

I am writing to follow up on your inquiry about your I-130 application.
I am enclosing information that addresses this issue.
I hope this information is helpful. Please do not hesitate to contact Ana Wolken at my Mid-Michigan Office at 517-203-1760 if you have additional questions or concerns.
Sincerely,

Debbie Stabenow
United States Senator

U.S. Senator Debbie Stabenow
The United States Senate •Washington, DC 20510
stabenow.senate.gov

1

-17-

Ana,

Thank you for your July 10, 2019, inquiry on behalf of your constituent, Mazen Shweika, regarding the Petition for Alien Relative (Form I-130) he filed with U.S. Citizenship and Immigration Services (USCIS). Thank you for providing a signed privacy release.

Your constituent's case is pending security checks. We are unable to determine at this time when the review process for your constituent's Form I-130 will be completed. We are striving to resolve these issues as soon as possible. We understand that your constituent may be frustrated by the progress of his case. However, USCIS must balance individual inconvenience against broader issues of public safety and national security. Unfortunately, we are unable to speculate as to how long it might take for this process to be completed. As such you may wish to check back with our office periodically for the latest case status update.

We hope this information is helpful. If we may be of further assistance, please let us know.

Regards,

Congressional Liaison
Vermont Service Center
U.S. Citizenship and Immigration Services
Department of Homeland Security