# EXHIBIT J

**Hashemite Kingdom of Jordan**
Ministry Of Interior
Civil Status & Passport Dept.



المملكة الأردنية الهاشمية
وزارة الداخلية
دائرة الأحوال المدنية والجوازات



## CERTIFICATE OF BIRTH

### CHILD INFORMATION

| | | |
|---|---|---|
| OFFICE: WADI SEER | | GOVERNORATE: AMMAN |
| NAME : O | | NATIONAL NO. : 2004092081 |
| SEX : MALE | RELIGION : ISLAM | NATIONALITY : JORDANIAN |
| PLACE OF BIRTH : AMMAN | | |
| DATE OF BIRTH  /2018 | TWO THOUSAND EIGHTEEN | |

### PARENTS INFORMATION

| | NAME | FATHER | FAMILY | RELIGION |
|---|---|---|---|---|
| FATHER: | MAZEN | MOHAMED | SHWEIKA | ISLAM |
| MOTHER: | NUHA | HUSNI | ALGHBAISH | ISLAM |

REGISTRATION OFFICE : WADI SEER   NO.: 45 / 1066        DATE:    /2018
CIVIL REGISTER   : MARKA   NO.: 695/135

DATE OF ISSUE    /2018



AUTHORITY
Fawwaz Fahed AlShahwan

D 5929743

