# EXHIBIT M

# Check Case Processing Times

## Select your form number and the office that is processing your case

For more information about case processing times and reading your receipt notice, click here (./more-info).

**Form**

| I-130 | Petition for Alien Relative ▼ |

**Field Office or Service Center**

| Vermont Service Center ▼ |

Get processing time

## Processing time for Petition for Alien Relative (I-130) at Vermont Service Center

| Estimated time range |
|---|
| See table below |

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

### ⓘ How we process cases

This time range is how long it is taking USCIS to process your case from the date we received it. We generally process cases in the order we receive them, and we will update this page each month. The estimated time range displayed is based on data captured approximately two months prior to updating the page. Please note that times may change without prior notice.

We have posted a "Receipt date for a case inquiry" in the table below to show when you can inquire about your case. If your receipt date (./more-info) is before the "Receipt date for a case inquiry", you can submit an "outside normal processing time" service request online (https://egov.uscis.gov/e-request).

| Estimated time | Form type | Receipt date for a |

- 2 4 -

| range | | case inquiry |
|---|---|---|
| 12.5 Months to 16 Months | Permanent resident filing for a spouse or child under 21 | August 22, 2018 |
| 13 Months to 16.5 Months | U.S. citizen filing for a spouse, parent, or child under 21 | August 04, 2018 |
| 80 Months to 104 Months | U.S. citizen filing for an unmarried son or daughter over 21 | June 01, 2011 |
| 76 Months to 98.5 Months | Permanent resident filing for an unmarried son or daughter over 21 | November 03, 2011 |
| 85.5 Months to 111 Months | U.S. citizen filing for a married son or daughter over 21 | November 04, 2010 |

✛ Read more

## Other case processing times resources

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

International Offices (./international-operations-office)

Historical Average Processing Times (./historic-pt)

## Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Check your case status (https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)

Correct a typographical error (https://egov.uscis.gov/e-request/displayTypoForm.do?entryPoint=init&sroPageType=typoError)

Request appointment accommodations (https://egov.uscis.gov/e-request/displayAccomForm.do?entryPoint=init&sroPageType=accommodations)

-25-