# EXHIBIT N











Whatever America hopes to bring to pass in the world must first come to pass in the heart of America.
*Dwight D. Eisenhower*

Visas

Visas