UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mazen Shweika,

    Plaintiff,

v.

U.S. Department of Homeland Security;
et al.,

    Defendants.
_____/

Civil No. 19-13642

Honorable Sean F. Cox
Mag. Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Parties stipulate to the dismissal with prejudice of the above-captioned matter for reason that the I130 – Petition for Alien Relative has been adjudicated. Based on this stipulation of the parties, IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs to either party.

    IT IS SO ORDERED.

Dated: February 13, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

2

Agreed as to form and content:

                                    BIRACH LAW, P.C.

*/s/Robert M. Birach (w/consent)*
 ROBERT M. BIRACH
26211 Central Park Blvd
Suite 209
Southfield, MI 48076
Attorney for Plaintiff


MATTHEW SCHNEIDER
United States Attorney

*/s/Lynn M. Dodge*
 LYNN M. DODGE (P38136)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0205
lynn.dodge@usdoj.gov
Attorneys for Defendants

Dated: February 11, 2020